IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES AL-PINE,<br><br>    Plaintiff,<br><br>  vs.<br><br>SCOTT HARRIS; KENDALL RICHARDSON,<br><br>    Defendant. | No. C 18-3128 WHA (PR)<br><br>**ORDER OF DISMISSAL** |

    Plaintiff is an inmate in Texas. He filed this pro se civil rights action complaining that he is subject to a pre-filing review order requiring him to pay the entire filing fee, and that an official at the United States Supreme Court improperly failed to accept his complaint for filing. The complaint is duplicative of the complaints plaintiff filed in two recent cases, No. C 18-2478 WHA (N.D. Cal.), and No. C 18-3055 WHA (N.D. Cal.). Accordingly, this case is **DISMISSED**.

    The clerk shall enter judgment and close the file. .

**IT IS SO ORDERED.**

Dated: June   12  , 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE